UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE I.A.T.S.E. ANNUITY FUND, BOARD OF TRUSTEES OF THE I.A.T.S.E NATIONAL HEALTH AND WELFARE FUND, AND BOARD OF TRUSTEES OF THE I.A.T.S.E. NATIONAL PENSION FUND,

        Plaintiffs,

  -v-

IRONMAN PRODUCTIONS, INC. AND LONESOME PRODUCER LLC,

        Defendants.

22-cv-10900 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On February 24, 2023, plaintiffs moved for default judgment in the above-captioned case. See ECF No. 19. A default judgment hearing was then set for March 15, 2023. Before that hearing, on March 7, 2023, Christopher Pappas filed a notice of a notice of an intent to file a motion to dismiss on behalf of the defendants, and pro bono counsel appeared on behalf of defendants on April 17, 2023. See ECF Nos. 23, 30. Since counsel for defendants has now appeared, plaintiffs' motion for default judgment is hereby denied.

    SO ORDERED.

New York, NY
April 18, 2023

JED S. RAKOFF, U.S.D.J.

1