**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

BOARDS OF TRUSTEES OF THE I.A.T.S.E.
ANNUITY FUND, THE I.A.T.S.E. NATIONAL
HEALTH AND WELFARE FUND *et al.*,

         Plaintiffs,      **ORDER**

   -against-          **22-cv-10900 (AS) (JW)**

IRONMAN PRODUCTIONS, INC. *et al.*,

         Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

   This matter has been referred for settlement. Dkt. No. 39. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by September 12, 2023, at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in October, November, or December. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

   Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for All Cases Referred for Settlement.

Should either Party wish to discuss a possible declaration of bankruptcy, a limited ability to pay a jury award, or lack of access to cash to fund a settlement, the Parties are strongly encouraged to discuss such issues with opposing counsel prior to the settlement conference, and to provide documents in their confidential *ex parte* letters that speak to their financial condition.

SO ORDERED.

DATED:   New York, New York
         August 29, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge