UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARDS OF TRUSTEES OF THE I.A.T.S.E.
NATIONAL HEALTH AND WELFARE
FUND, et al.,

                      Plaintiffs,

-against-

IRONMAN PRODUCTIONS, INC., et al.,

                      Defendants.

22-cv-10900 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On March 7, 2023, Defendants filed a notice of intent to file a motion to dismiss. Dkt. 23.

That motion was never filed, and Defendants instead filed an answer on May 12, 2023. Dkt. 33.

Because the notice was not a motion, the Clerk of Court is respectfully requested to close ECF 23.

    SO ORDERED.

Dated: September 6, 2023
       New York, New York

ARUN SUBRAMANIAN
United States District Judge