**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BOARD OF TRUSTEES OF THE I.A.T.S.E.
ANNUITY FUND, BOARD OF TRUSTEES OF THE
I.A.T.S.E. NATIONAL HEALTH AND WELFARE
FUND, AND BOARD OF TRUSTEES OF THE
I.A.T.S.E. NATIONAL PENSION FUND,

                    Plaintiffs,

       -against-

IRONMAN PRODUCTIONS, INC. AND
LONESOME PRODUCER LLC,

              Defendants.

**NOTICE OF PLAINTIFFS' MOTION**
**FOR SUMMARY JUDGMENT**


Case No. 22-cv-10900 (AS)


       PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of Plaintiffs' Motion for Summary Judgment and Plaintiffs' Rule 56.1 Statement; the Declaration

of Michael Fife dated September 22, 2023 and exhibits thereto; the Declaration of Kimberly

Miller dated September 22, 2023 and exhibits thereto; the Declaration of Sarasvati Spaur dated

September 22, 2023 and exhibits thereto; and upon all pleadings and proceedings had herein,

Plaintiffs Board of Trustees of the I.A.T.S.E. Annuity Fund, Board of Trustees of the I.A.T.S.E.

National Health and Welfare Fund, and Board of Trustees of the I.A.T.S.E. National Pension

Fund, by and through the undersigned attorneys, Spivak Lipton LLP, will move this Court before

the Honorable Arun Subramanian, United States District Judge, at the United States District

Court, Southern District of New York, located at 500 Pearl Street, New York, New York 10007,

for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Plaintiffs'

motion for summary judgment in its entirety, and granting such other and further relief as the

Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order dated

September 5, 2023 (ECF Dkt. No. 43), Defendants' answering papers must be filed and served

by October 6, 2023, and Plaintiffs' reply papers must be filed and served by October 13, 2023.


Dated:  New York, New York
            September 22, 2023

Respectfully submitted,

_____/s/_____

Sarasvati Spaur
Gillian Costello
SPIVAK LIPTON LLP
1040 Avenue of the Americas, 20th Floor
New York, NY 10018
Ph.:  (212) 765-2100
Fax: (212) 765-8954
sspaur@spivaklipton.com
gcostello@spivaklipton.com
*Attorneys for Plaintiffs*


TO:      Jonathan Moran
            GORAYEB & ASSOCIATES, P.C.
            100 William Street, 19th Floor
            New York, NY 10038
            Ph.: (212) 267-9222
            jmoran@gorayeb.com
            *Attorneys for Defendants*

As of October 12, 2023, Defendants have failed to respond to Plaintiffs' motion for summary judgment. By **October 13, 2023, at noon**, Defendants shall file any opposition papers and submit a letter explaining their untimeliness. SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 12, 2023

2