UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE I.A.T.S.E. ANNUITY FUND, THE I.A.T.S.E. NATIONAL HEALTH AND WELFARE FUND, et al., <br><br>                          Plaintiffs,<br><br>-against-<br><br>IRONMAN PRODUCTIONS, INC., et al.,<br><br>                          Defendant(s). | 22-cv-10900 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      During the November 2 teleconference, the Court told the parties that trial would take place on January 3 and 4, 2024. Something else on the Court's calendar has been moved, however, so in the interest of a prompt and efficient resolution of this matter, trial in this case will now take place on December 6 and 7, 2023.

      SO ORDERED.

Dated: November 3, 2023
       New York, New York

                                                     ARUN SUBRAMANIAN
                                                     United States District Judge