# SPIVAKLIPTON LLP
ATTORNEYS AT LAW

1040 Avenue of the Americas, 20th Floor
New York, NY 10018
**T** 212.765.2100
**F** 212.765.8954
spivaklipton.com

---

> This joint request is GRANTED. The conference is adjourned *sine die*. The Parties shall provide an update on the status of negotiations by December 12th.
>
> SO ORDERED.
>
> /s/ Jennifer E. Willis
> Jennifer E. Willis
> United States Magistrate Judge
>
> November 28, 2023

---

**VIA ECF**

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Courtroom 228
New York, New York 10007

Re: **Board of Trustees of v. Ironman Productions, Inc. & Lonesome Producer LLC
Case No. 22-cv-10900 (AS) (JW)**

Dear Magistrate Judge Willis:

This firm represents Plaintiffs in the above-referenced matter. We write on behalf of the parties to request a two-week adjournment of the settlement conference currently scheduled for November 28, 2023 at 11:00 a.m.

The parties have engaged in settlement discussions and reached a tentative settlement agreement this evening, and will be working on memorializing the agreement in a written agreement. Accordingly, the parties jointly respectfully request a two-week adjournment of the settlement conference in order to focus on finalizing the settlement and avoid potentially unnecessary expenditure of additional resources in connection with this action. This is the parties' first request for an adjournment of the settlement conference and all parties consent to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Sarasvati Spaur*
Sarasvati Spaur

cc (via ECF): Counsel of Record